**Order entered November 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01320-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**MARIA ALCANTAR, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04210-A**

## ORDER

Before the Court is appellant's November 15, 2018 unopposed motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **January 2, 2019**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    ADA BROWN
         JUSTICE